**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division**

Robyn Smith, et al.
                                      Plaintiff,

v.                                                         Case No.: 1:14−cv−00459
                                                                         Honorable Joan B. Gottschall

Performant Recovery Inc., et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 9, 2015:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the plaintiff's stipulation to dismiss, this cause is dismissed with prejudice and with each party to bear its own fees and costs. Status hearing set for 4/10/15 is stricken. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.